## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Justin Strauss, et al.,<br><br>                              Plaintiffs,<br><br>-against-<br><br>Islamic Republic of Iran,<br><br>                              Defendant. | No. 1:22-cv-10823 (UA) |

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matter.

December 23, 2022

                                       By:   */s/ Ethan Greenberg*
                                                          Ethan Greenberg, Esq.
                                                          ANDERSON KILL P.C.
                                                          1251 Avenue of the Americas
                                                          New York, NY 10020-1182
                                                          Telephone:  212-278-1000
                                                          Email:  egreenberg@andersonkill.com
                                                          *Attorneys for Plaintiffs*