## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Justin Strauss, et al.,<br><br>                                  Plaintiffs,<br><br>-against-<br><br>Islamic Republic of Iran,<br><br>                                  Defendant. | No. 1:22-cv-10823 (UA) |

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matter.

December 23, 2022

By:    */s/ Alexander Greene*
        Alexander Greene, Esq.
        ANDERSON KILL P.C.
        1251 Avenue of the Americas
        New York, NY 10020-1182
        Telephone: 212-278-1000
        Email: agreene@andersonkill.com

        *Attorneys for Plaintiffs*