**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Justin Strauss, et al.,<br><br>                             Plaintiffs,<br>-against-<br><br>Islamic Republic of Iran,<br><br>                             Defendant. | No. 1:22-cv-10823 (UA) |

**ENTRY OF APPEARANCE**

To The Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matter.

December 23, 2022

                                      By:    */s/ Regan Samson*
                                                     Regan Samson, Esq.
                                                     ANDERSON KILL P.C.
                                                     1251 Avenue of the Americas
                                                     New York, NY 10020-1182
                                                     Telephone: 212-278-1000
                                                     Email: rsamson@andersonkill.com

                                                     *Attorneys for Plaintiffs*

docs-100423618.1