## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Justin Strauss, et al.,<br><br>                                   Plaintiffs,<br><br>-against-<br><br>Islamic Republic of Iran,<br><br>                                   Defendant. | No. 1:22-cv-10823 (UA) |

### ENTRY OF APPEARANCE

To The Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matter.

December 23, 2022

By:   */s/ Bruce E. Strong*
        Bruce E. Strong, Esq.
        Anderson Kill P.C.
        1251 Avenue of the Americas
        New York, NY 10020-1182
        Telephone:  212-278-1000
        Email:  bstrong@andersonkill.com

        *Attorneys for Plaintiffs*