# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                                     December 23, 2022

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    <u>In re Terrorist Attacks on September 11, 2001</u>, No. 03-MDL-1570 (GBD) (SN);
             <u>Justin Strauss, et al. v. Islamic Republic of Iran</u>, No. 1:22-cv-10823

Dear Judge Netburn:

      Pursuant to Your Honor's Order dated October 28, 2019, docketed under the MDL as Docket Number 5234 ("October 28, 2019 Order"), we respectfully request that the above-referenced case filed December 22, 2022 be made part of the MDL.

      Per Your Honor's emergency individual rules and practices in light of COVID-19, available at https://www.nysd.uscourts.gov/hon-sarah-netburn, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement. Similarly, under Judge Daniels' individual rules and practices, available at https://www.nysd.uscourts.gov/hon-george-b-daniels, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement.

      We thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                                */s/ Jerry Goldman*
                                                Jerry S. Goldman, Esq.

                                                *Attorney for the Plaintiffs*

Cc (via ECF): The Honorable George B. Daniels
                  All MDL Counsels of Record

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100338075.1