**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUSTIN STRAUSS, *et al.*,

                          Plaintiff,

      -against-

ISLAMIC REPUBLIC OF IRAN,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

22 Civ. 10823 (GBD)

GEORGE B. DANIELS, United States District Judge:

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| ___ | Settlement | | |
| ___ | Inquest After Default/Damages Hearing | ___ | Habeas Corpus |
| | | ___ | Social Security |
| | | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Dated: JAN 0 3 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge