```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                              03-MD-01570 (GBD)(SN)

------------------------------------------------------------X
------------------------------------------------------------X

JUSTIN STRAUSS, et al.,                             22-CV-10823 (GBD)(SN)

                          Plaintiffs,
                                                    MDL CONSOLIDATION
            -against-                                      ORDER

ISALMIC REPUBLIC OF IRAN,

                          Defendant.

------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

As this case, <u>Strauss, et al. v. Islamic Republic of Iran</u>, No. 22-cv-10823, has been directly filed in this District and, based on the Court's review, appears to be within the scope of the multidistrict litigation, it is ORDERED that it is transferred to <u>In re Terrorist Attacks on September 11, 2001</u>, No. 03-md-01570, for coordinated or consolidated pretrial proceedings.

**SO ORDERED.**

                                                                                      SARAH NETBURN
                                                                                      United States Magistrate Judge

DATED:    January 9, 2023
                New York, New York