IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>This document relates to: *All Actions* | Case No. 1:03-md-01570-GBD-SN<br><br>Hon. George B. Daniels<br>Hon. Sarah Netburn |

### MATTHEW S. LEDDICOTTE'S NOTICE OF MOTION TO WITHDRAW AS COUNSEL TO THE REPUBLIC OF THE SUDAN

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, and upon his accompanying declaration, Matthew S. Leddicotte, hereby moves this Court, before the Honorable George B. Daniels, United States District Judge, and the Honorable Sarah Netburn, United States Magistrate Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, 10007, on a date and at a time designated by the Court, for an Order granting Matthew S. Leddicotte to withdraw as counsel for The Republic of the Sudan in this action and all relevant sub-actions.

As set forth in the attached declaration, withdrawal is necessary because the undersigned will cease to be associated with White & Case LLP after April 13, 2023. White & Case LLP will continue to serve as counsel for The Republic of the Sudan. My withdrawal will not occasion a request for an extension of any deadlines in the case. I am not asserting a retaining or charging lien in connection with my departure.

In connection with the withdrawal, the Clerk is request to remove the name of the undersigned from the CM/ECF service list.

| | |
|---|---|
| Dated: April 13, 2023<br>Washington, D.C. | Respectfully submitted,<br><br>**WHITE & CASE**<br><br>/s/ *Matthew S. Leddicotte*<br>Matthew S. Leddicotte (admitted *pro hac vice*)<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone:    + 1 202 626 3600<br>Facsimile:    + 1 202 639 9355<br>mleddicotte@whitecase.com |