# EXHIBIT A

Case 1:22-cv-10823-GBD-SN Document 13 Filed 01/23/23 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Justin Strauss, et al.*

-v-

*Islamic Republic of Iran, et al.*

**CERTIFICATE OF MAILING**

Case No.: 22-CV-10823(GBD)(SN)

I hereby certify under the penalties of perjury that on the 23rd day of January 2023, I served:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Iman Khomeini Avenue
Tehran, Iran
ATTN: H.E. Hossein Amir-Abdollahian

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

1 copy of the Summons, Complaint deemed filed on December 22, 2022, Civil Cover Sheet, Related Case Statement, Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611, Affidavit of Translator, and Translations of the above-mentioned documents.

by **USPS Registered Mail RH003613135US**

Dated: New York, New York
January 23rd, 2023

RUBY J. KRAJICK
CLERK OF COURT

/s/Elaine Nguyen
DEPUTY CLERK