| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | |
| Jamie | | Brito | | Mario | | Brito | | US | Victoria | | Alvarez-Brito | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 1 | 8188 at 3 | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | N/A | |