UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE:                              :         ORDER
                                    :
                                    :         03 MDL 1570 (GBD) (SN)
TERRORIST ATTACKS ON                :
SEPTEMBER 11, 2001                  :
                                    :
------------------------------------x

This document relates to:

> *Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN)
> *Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD)(SN)
> *BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN)
> *Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)
> *Justin Strauss, et al. v. Islamic Republic of Iran*, No. 1:22-cv-10823 (GBD)(SN)

### ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBIT A

GEORGE B. DANIELS, United States District Judge:

The Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. (ECF No. 10356.[1]) Upon consideration of the evidence and arguments set forth in the Declaration of Jerry S. Goldman, Esq. and the exhibits thereto (ECF No. 10358) and in light of the default judgments as to liability against the Islamic Republic of Iran entered on September 3, 2019 (ECF Nos. 5050, 5056), January 4, 2022 (ECF No. 7522), and November 7, 2023 (ECF No. 9416), together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned cases was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF Nos. 4685, 4686, 6899, 8887, 9234); and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein, and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declaration (*see* ECF Nos. 10358); and it is

**ORDERED** that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is further directed to close the motions at:

- No. 18-cv-11875 at ECF No. 232;
- No. 18-cv-12276 at ECF No. 249;
- No. 19-cv-11767 at ECF No. 195;
- No. 22-cv-05193 at ECF No. 143; and
- No. 22-cv-10823 at ECF No. 66.

Dated: September 19, 2024
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

| Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | Claim Information | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Gordon | | Aarnoth | Sr. | Gordon | McConnel | Aarnoth | Jr. | 18cv12276, 1 at 1 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 1. | 10/1/24 | N/A | $3,165,641.00 | N/A |
| 2 | Page | Danzler | Dickerson | | Jerry | Don | Dickerson | | 22cv05193, 1 at 5 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 24. | 10/1/24 | N/A | $3,094,892.00 | N/A |
| 3 | Danielle | | Fehling-Wasnieski | | Lee | Stanley | Fehling | | 22cv05193, 1 at 4 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 19. | 10/1/24 | N/A | $6,920,125.00 | N/A |
| 4 | Barbara | | Keane | | Timothy | Aaron | Haviland | | 19cv11707, 5 at 7 | 8332 at 3; 8335 (granting 8332) | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 50. | 10/1/24 | N/A | $1,972,644.00 | N/A |
| 5 | Elia | P. | Moled | | Michael | | Lomax | | 18cv11875, 6 at 3 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 79. | 10/1/24 | N/A | $6,979,154.00 | N/A |
| 6 | Brian | | Weaver | | Walter | Edward | Weaver | | 22cv10823, 1 at 1 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 102. | 10/1/24 | N/A | $4,276,478.00 | N/A |