UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE:                                                                                  03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                           **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

-------------------------------------------------------------X

This document relates to:

> Morris v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD)(SN)
> Schlissel v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD)(SN)
> Ades v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD)(SN)
> Abel v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD)(SN)
> Jimenez v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD)(SN)
> Rivelli v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD)(SN)
> Hemenway v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD)(SN)
> Rowenhorst v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD)(SN)
> BNY Mellon v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD)(SN)
> Bernaerts v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD)(SN)
> Hargrave v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD)(SN)
> Asaro v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD)(SN)
> Amato v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD)(SN)
> King v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD)(SN)
> Strauss v. Islamic Republic of Iran, No. 1:22-cv-10823 (GBD)(SN)
> Kone v. Islamic Republic of Iran, No. 1:23-cv-05790 (GBD)(SN)
> Lopez v. Islamic Republic of Iran, No. 1:23-cv-08305 (GBD)(SN)
> Burnett v. Islamic Republic of Iran, No. 1:15-cv-09903 (GBD)(SN)
> Moody-Theinert v. Islamic Republic of Iran, No. 1:18-cv-11876 (GBD)(SN)
> Aamoth v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD)(SN)
> Bodner v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD)(SN)
> Fennelly v. Islamic Republic of Iran, No. 1:23-cv-10824 (GBD)(SN)
> Bianco v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD)(SN)
> Kelly v. Islamic Republic of Iran, No. 1:23-cv-07283 (GBD)(SN)
> Jelnek v. Islamic Republic of Iran, No. 1:24-cv-05520 (GBD)(SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated May 29, 2025, the Plaintiffs listed in Exhibits A, B, and C move for entry of

partial final default judgment against Defendant the Islamic Republic of Iran ("Iran"). It is

ORDERED that judgment as to liability is entered on behalf of all Plaintiffs identified in the attached Exhibits A, B, and C against the Islamic Republic of Iran; and it is ORDERED that partial final judgment is entered on behalf of the Plaintiffs identified in Exhibits A, B, and C against the Islamic Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibit B are awarded pain and suffering damages as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibit C are awarded solatium damages as set forth therein; and it is ORDERED that Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit A until the date of judgment; and it is further ORDERED that Plaintiffs identified in Exhibits B and C are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A, B, and C may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that the Plaintiffs not appearing in Exhibits A, B, or C may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:**  New York, New York

     August 11, 2025

                                             **TAMMI M. HELLWIG**

                                               **Clerk of Court**

**BY:**  _/s/ Negarin Dulal_
                                             **Deputy Clerk**

# Exhibit A

| | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Economic Damages | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount | |
| 1 | Elizabeth | | Rick | | Scott | Daniel | Bart | | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 10 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 1. | 11/1/24 | N/A | $8,025,616.00 | |
| 2 | Eve | | Bucca | | Ronald | Paul | Bucca | | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 10 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 24. | 11/1/24 | N/A | $3,134,248.00 | |
| 3 | Paulina | | Cardona | | Jose | Manuel | Cardona | | United States | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 2 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 42. | 12/1/24 | N/A | $2,902,310.00 | |
| 4 | Carol | L. | D'Allara | | John | | D'Allara | | United States | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 3 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 66. | 11/1/24 | N/A | $3,848,793.00 | |
| 5 | Florence | | Kneff | | Matthew | | Diaz | | United States | 9/11/2001 | NY | 18cv11837 | 18cv11837, 1 at 7 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 84. | 10/1/24 | N/A | $6,380,315.00 | |
| 6 | Maria | Alayo | Aguilar | | Jose | | Espinal | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 108. | 12/1/24 | N/A | $828,248.00 | |
| 7 | Barbara | | Haskell | | Thomas | Theodore | Haskell | | United States | 9/11/2001 | NY | 18cv07306 | 18cv07306, 1 at 1 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 131. | 10/1/24 | N/A | $8,930,087.00 | |
| 8 | Michael | R. | Kuo | | Frederick | | Kuo | Jr. | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | 8725; 8728 (granting 8725) | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 149. | 11/1/24 | N/A | $2,550,325.00 | |
| 9 | Angelina | | Jimenez | | Elena | Fernanda | Ledesma | | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 10 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 173. | 11/1/24 | N/A | $2,973,057.00 | |
| 10 | Gladys | | Lopez | | Luis | Manuel | Lopez | | United States | 9/11/2001 | NY | 23cv08305 | 23cv08305, 12 at 1 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 197. | 5/1/24 | N/A | $1,126,440.00 | |
| 11 | Ali | Mohamed | Malahi | | Abdu | Ali | Malahi | | United States | 9/11/2001 | NY | 18cv11875 | 18cv11875, 6 at 4 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 1. | 10/1/24 | N/A | $1,610,133.00 | |
| 12 | Laura | | Mardovich a/k/a Balemian | | Edward | J. | Mardovich | | United States | 9/11/2001 | NY | 18cv11875 | 18cv11875, 6 at 4 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 24. | 10/1/24 | N/A | $26,113,854.00 | |
| 13 | Colleen | | Golden | | Richard | J. | Morgan | | United States | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 3 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 51. | 12/1/24 | N/A | $2,230,263.00 | |
| 14 | John | J. | Buro | | Laura | | Ragonese-Snik | | United States | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 9-10 | 5548; 5641 (granting 5548) | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 196. | 12/1/24 | N/A | $2,107,150.00 | |
| 15 | Minerva | | Rosario | | Aida | | Rosario | | United States | 9/11/2001 | NY | 20cv10460 | 20cv10460, 1 at 5 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 74. | 12/1/24 | N/A | $1,276,444.00 | |
| 16 | Rita | L. | Ruback | | Paul | G. | Ruback | | United States | 9/11/2001 | NY | 18cv11878 | 18cv11878, 1 at 2 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 97. | 11/1/24 | N/A | $2,441,805.00 | |
| 17 | Cedric | | Pitt, Sr. | | Jacquelyn | Patrice | Sanchez | | United States | 9/11/2001 | NY | 21cv10239 | 21cv10239, 1 at 6-7 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 138. | 11/1/24 | N/A | $4,181,969.00 | |
| 18 | Denise | | Schrang | | Gerard | P. | Schrang | | United States | 9/11/2001 | NY | 18cv11878 | 18cv11878, 1 at 4 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 162. | 11/1/24 | N/A | $2,900,464.00 | |
| 19 | Ann | | Smith | | Gary | Francis | Smith | | United States | 9/11/2001 | VA | 21cv10239 | 21cv10239, 1 at 7 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 180. | 11/1/24 | N/A | $2,589,261.00 | |
| 20 | Dean | | Taylor | | Kip | | Taylor | | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 8 | 10502; 10510 (granting 10502) | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 1. | 12/1/24 | N/A | $4,218,556.00 | |
| 21 | Jennica | | Perez a/k/a Vera | | David | | Vera | | United States | 9/11/2001 | NY | 18cv12387 | 18cv12387, 1 at 5 | | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 16. | 11/1/24 | N/A | $1,365,460.00 | |
| 22 | Anthony | | Vola | | Maria | P. | Vola | | United States | 9/11/2001 | NY | 18cv05331 | 18cv05331, 5 at 10 | 9439; 9443 (granting 9439) | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 39. | 12/1/24 | N/A | $518,271.00 | |
| 23 | Karin | | Giansanti | | Kenneth | | Zelman | | United States | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 8 | | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 62. | 10/1/24 | N/A | $4,987,958.00 | The Personal Representative's name on the Complaint is Karin Charles; a Motion to Correct to change her last name to Giansanti is pending at MDL ECF No. 10518 |
| 24 | Nicole | | DeMartini a/k/a Fasnacht- | | Francis | Albert | DeMartini | | United States | 9/11/2001 | NY | 18cv12276 | 18cv12276, 1 at 5 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 1. | 12/1/2024 | N/A | $2,177,861.00 | |
| 25 | John | T. | Genovese | | Steven | Gregory | Genovese | | United States | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 6 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 24. | 1/1/2025 | N/A | $30,789,724.00 | |
| 26 | Terri | | Langone | | Peter | | Langone | | United States | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 3 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 69. | 11/1/2024 | N/A | $5,218,129.00 | |
| 27 | Reza | | Mashayekhi | | Darya | | Lin | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1-2 | 10222 at 3 (granted at 10227) | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 87. | 12/1/2024 | N/A | $2,925,648.00 | |
| 28 | Bradley | D. | Noack | | Katherine | | McGarry Noack | | United States | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 4 | 8074 at 3 (granted at 8079) | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 110. | 3/1/2025 | N/A | $4,855,324.00 | |
| 29 | Alana | | McKenzie | | Molly | Lou | McKenzie | | United States | 9/11/2001 | VA | 23cv05790 | 23cv05790, 10 at 4 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 133. | 4/1/2025 | N/A | $1,416,213.00 | |
| 30 | John | | Capodanno | | Mario | | Nardone | Jr. | United States | 9/11/2001 | NY | 18cv11876 | 18cv11876, 1 at 2 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 156. | 1/1/2025 | N/A | $7,950,931.00 | |
| 31 | Teresa | J. | Pycior | | Joseph | J. | Pycior | | United States | 9/11/2001 | VA | 18cv11876 | 18cv11876, 1 at 7 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 1. | 4/1/2025 | N/A | $2,715,670.00 | |
| 32 | Debra | | Roberts | | Leo | Arthur | Roberts | | United States | 9/11/2001 | NY | 15cv09903 | 15cv09903, 53 at 119 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 17. | 3/1/2025 | N/A | $6,401,059.00 | |
| 33 | Josephine | | Romito | | James | | Romito | | United States | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 11 | 7461 at 3 (granted at 7477) | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 40. | 4/1/2025 | N/A | $1,900,202.00 | |
| 34 | Yubelly | | Santos | | Rafael | Humberto | Santos | | United States | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 6 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 93. | 1/1/2025 | N/A | $2,401,344.00 | |
| 35 | Patricia | | Rafter | | Bonnie | | Smithwick | | United States | 9/11/2001 | NY | 18cv11878 | 18cv11878, 1 at 6 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 117. | 12/1/2024 | N/A | $2,745,019.00 | |
| 36 | Alfredo | | Bordenabe | | Krystine | | Bordenabe | | United States | 9/11/2001 | NY | 23cv10824 | 23cv10824, 1 at 1 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 1 | 5/1/2025 | N/A | $3,875,807.00 | |
| 37 | Kings County | | Public Administrator | | Rosemarie | | Carlson | | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 7 | MDL ECF No. 10482 (granted at 10486) | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 24 | 5/1/2025 | N/A | $2,602,999.00 | |
| 38 | Sunny | | Chiang | | Alexander | | Chiang | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 48 | 3/1/2025 | N/A | $1,263,550.00 | |
| 39 | Beth | | Schutte | | Patricia | A. | Cody | | United States | 9/11/2001 | NY | 18cv12276 | 18cv12276, 1 at 3-4 | MDL ECF No. 9145 (granted at 9170) | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 72 | 5/1/2025 | N/A | $3,743,961.00 | |
| 40 | Jacqueline | | Beard-Edwards | | Michael | | Edwards | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 95 | 12/1/2024 | N/A | $18,531,917.00 | |
| 41 | Veronica | | Morris | | Eileen | | Flecha | | United States | 9/11/2001 | NY | 20cv10902 | 20cv10902, 1 at 3-4 | MDL ECF No. 7459 (granted at 7476) | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 119 | 5/1/2025 | N/A | $705,030.00 | |
| 42 | Christine | | O'Reilly | | Howard | | Gelling | Jr. | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 142 | 12/1/2024 | N/A | $7,632,538.00 | |
| 43 | Susan | | Fennell | | Edwin | J. | Graf | III | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | MDL ECF No. 10843 (granted at 10848) | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 165 | 10/1/2024 | N/A | $2,646,041.00 | |
| 44 | Deborah | | Ivory | | Lacey | B. | Ivory | | United States | 9/11/2001 | VA | 23cv05790 | 23cv05790, 10 at 6 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 1 | 5/1/2025 | N/A | $2,601,106.00 | |
| 45 | Gregory | | Taylor | | Nehamon | | Lyons | | United States | 9/11/2001 | VA | 18cv07306 | 18cv07306, 1 at 11 | MDL ECF No. 10843 (granted at 10848) | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 16 | 8/1/2021 | N/A | $1,047,068.00 | |
| 46 | Mary Lou | | Moss | | Brian | | Moss | | United States | 9/11/2001 | VA | 24cv05520 | 24cv05520, 1 at 2 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 38 | 11/1/2024 | N/A | $2,359,001.00 | |
| 47 | Catherine | | Lyn-Shue | | Francisco | | Munoz | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 53 | 12/1/2024 | N/A | $2,204,230.00 | |
| 48 | Jean | | Oitice | | Samuel | | Oitice | | United States | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 7 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 76 | 4/1/2025 | N/A | $2,242,832.00 | |
| 49 | Tara | | Felice | | Glen | | Pettit | | United States | 9/11/2001 | NY | 18cv05321 | 18cv05321, 6 at 11 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 93 | 5/1/2025 | N/A | $2,272,808.00 | |
| 50 | Elias | | Rodriguez | | Mayra | V. | Rodriguez | | United States | 9/11/2001 | NY | 18cv05321 | 18cv05321, 6 at 13 | MDL ECF No. 8078 (granted at 8084) | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 111 | 5/1/2025 | N/A | $1,435,103.00 | |
| 51 | Mary | | Jelnek | | Vincent | | Slavin | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 135 | 12/1/2024 | N/A | $14,936,937.00 | |

# Exhibit B

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | |
| 1 | Johanna | | Kmetz | | Margaret | | Echtermann | | US | 9/11/2001 | NY | 20cv10902 | 20cv10902, 1 at 3 | MDL ECF No. 10913 (motion to substitute is pending) | N/A | $2,000,000.00 | |
| 2 | Kyler | | Lake | | William | D. | Lake | | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 3 | MDL ECF No. 10915 (motion to substitute is pending) | N/A | $2,000,000.00 | |
| 3 | Kings County | | Public Administrator | | Rosemarie | C. | Carlson | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 7 | 10482; 10486 (granting 10482) | N/A | $2,000,000.00 | |
| 4 | Alfredo | | Bordenabe | | Krystine | | Bordenable | | US | 9/11/2001 | NY | 23cv10824 | 23cv10824, 1 at 1 | | N/A | $2,000,000.00 | Personal Representative's first name is Alfredo. |
| 5 | Deborah | | Ivory | | Lacey | Bernard | Ivory | | US | 9/11/2001 | VA | 23cv05790 | 23cv05790, 10 at 6 | | N/A | $2,000,000.00 | |
| 6 | Debra | | Roberts | | Leo | Arthur | Roberts | | US | 9/11/2001 | NY | 15cv09903 | 15cv09903, 53 at 119 | | N/A | $2,000,000.00 | |
| 7 | Patricia | | Fennelly | | Robert | | Caufield | | US | 9/11/2001 | NY | 20cv10902 | 20cv10902, 1 at 2 | MDL ECF No. 10874 (granted at 10878) | N/A | $2,000,000.00 | |
| 8 | Sunny | | Chiang | | Alexander | | Chiang | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | N/A | $2,000,000.00 | |
| 9 | Jacqueline | | Beard-Edwards | | Michael | | Edwards | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | N/A | $2,000,000.00 | |
| 10 | Christine | | O'Reilly | | Howard | | Gelling | Jr. | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | | N/A | $2,000,000.00 | |
| 11 | Susan | | Fennell | | Edwin | J. | Graf | III | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | MDL ECF No. 10843 (granted at 10848) | N/A | $2,000,000.00 | |
| 12 | Gregory | | Taylor | | Nehamon | | Lyons | | US | 9/11/2001 | VA | 18cv07306 | 18cv07306, 1 at 11 | MDL ECF No. 10843 (granted at 10848) | N/A | $2,000,000.00 | |
| 13 | Mary Lou | | Moss | | Brian | | Moss | | US | 9/11/2001 | VA | 24cv05520 | 24cv05520, 1 at 2 | | N/A | $2,000,000.00 | |
| 14 | Catherine | | Lyn-Shue | | Francisco | | Munoz | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | N/A | $2,000,000.00 | |
| 15 | Mary | | Jelnek | | Vincent | | Slavin | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | N/A | $2,000,000.00 | |
| 16 | Gladys | | Lopez | | Luis | Manuel | Lopez | | US | 9/11/2001 | NY | 23cv08305 | 23cv08305, 12 at 1 | | N/A | $2,000,000.00 | |

# Exhibit C

| # | Personal Representative Name | Claimant First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Decedent First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Roya | | Bolourchi Touran | | | Touran | | Bolourchi | | United States | 9/11/2001 | NY | 23cv08305 | 23cv08305, 12 at 1 | | Child | N/A | N/A | $8,500,000.00 | |
| 2 | | Patricia | | Fennelly | | US | Robert | John | Caufield | | United States | 9/11/2001 | NY | 23cv08305 | 23cv08305, 12 at 1 | | Sibling | N/A | N/A | $4,250,000.00 | |
| 3 | | Deborah | King | Lloyd | | US | Amy | | King | | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 1 | 10423 | Sibling | N/A | N/A | $4,250,000.00 | |
| 4 | Westchester County Public Administrator | Timothy | | Langer | | US | Vanessa | Lang | Langer | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 7 | 10482; 10486 (granting 10482) | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | Because Timothy Langer is deceased, the Court has approved a Personal Representative for them (Westchester County Public Administrator), please see ECF No. 10486. |
| 5 | | Heily | | Fortuna | | Dominican Republic | Luis | Manuel | Lopez | | United States | 9/11/2001 | NY | 23cv08305 | 23cv08305, 12 at 1 | | Child | N/A | N/A | $8,500,000.00 | |
| 6 | | Lester | | Fortuna | | US | Luis | Manuel | Lopez | | United States | 9/11/2001 | NY | 23cv08305 | 23cv08305, 12 at 1 | | Child | N/A | N/A | $8,500,000.00 | |
| 7 | | Gladys | | Lopez | | Dominican Republic | Luis | Manuel | Lopez | | United States | 9/11/2001 | NY | 23cv08305 | 23cv08305, 12 at 1 | | Spouse | N/A | N/A | $12,500,000.00 | |
| 8 | | Derrick | | McKenly | | US | Jacqueline | | Young | | United States | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 5 | | Sibling | N/A | N/A | $4,250,000.00 | Previously listed as "Derrick McKenley" in ECF No. 1 at 4 in No. 22-cv-10823. |
| 9 | | Terrance | | Young | | US | Jacqueline | | Young | | United States | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 4 | | Sibling | N/A | N/A | $4,250,000.00 | Previously listed as "Terrence Young" in ECF No. 1 at 4 in No. 22-cv-10823. |
| 10 | | Alfredo | | Bordenabe | | | Krystine | | Bordenabe | | United States | 9/11/2001 | NY | 23cv10824 | 23cv10824, 1 at 1 | | Spouse | N/A | N/A | $12,500,000.00 | |
| 11 | | Andrew | Thomas | Godsil | | US | Krystine | | Bordenabe | | United States | 9/11/2001 | NY | 23cv10824 | 23cv10824, 1 at 1 | | Child | N/A | N/A | $8,500,000.00 | |
| 12 | | Julia | Elise | Ciccone | | US | Alex | F. | Ciccone | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1 | | Child | N/A | N/A | $8,500,000.00 | |
| 13 | | Stephen | | Ciccone | | US | Alex | F. | Ciccone | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1 | | Child | N/A | N/A | $8,500,000.00 | |
| 14 | | Cristian | Michael | Diaz-Piedra | | US | Michael | Angelo | Diaz-Piedra | III | United States | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 2 | 10671 at 3 | Child | N/A | N/A | $8,500,000.00 | |
| 15 | | Kenneth | | Foster | | US | Sandra | N. | Foster | | United States | 9/11/2001 | NY | 18cv12276 | 18cv12276, 1 at 9 | 10807 at 3 | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | |
| 16 | | Deborah | | Ivory | | US | Lacey | B. | Ivory | | United States | 9/11/2001 | VA | 23cv05790 | 23cv05790, 10 at 6 | | Spouse | N/A | N/A | $12,500,000.00 | |
| 17 | | Suzanne | Ledee | Garcia | | US | Kenneth | Charles | Ledee | | United States | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 1 | | Sibling | N/A | N/A | $4,250,000.00 | |
| 18 | Neanta McCants | Trisha | Diaonne | McCants | | US | Judy | | Rowlett | | United States | 9/11/2001 | VA | 22cv10823 | 22cv10823, 1 at 2 | | Child (Deceased) | N/A | N/A | $8,500,000.00 | |
| 19 | | John | | Ruddle | | US | David | Michael | Ruddle | | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 3 | 10806 at 3 | Sibling | N/A | N/A | $4,250,000.00 | |
| 20 | Mary Migliaccio | James | | Schuler | | US | Susan | Lee | Schuler | | United States | 9/11/2001 | NY | 18cv05331 | 18cv05331, 1 at 7 | 10805 at 3 | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | |
| 21 | | Donald | B. | Smith | | US | Gary | Francis | Smith | | United States | 9/11/2001 | VA | 22cv10823 | 22cv10823, 1 at 1 | | Sibling | N/A | N/A | $4,250,000.00 | |
| 22 | | Debra | | Andreacchio | | US | John | | Andreacchio | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | | Sibling | N/A | N/A | $4,250,000.00 | |
| 23 | Pamela Bittner-Conley | Donald | | Bittner | | US | Jeffrey | | Bittner | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | MDL ECF No. 10863 (granted at 10867) | Parent (Deceased) | N/A | N/A | $8,500,000.00 | |
| 24 | | Pamela | | Bittner-Conley | | | Jeffrey | | Bittner | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | Sibling | N/A | N/A | $4,250,000.00 | |
| 25 | | Devonte | | Carter | | US | Marcia | | Cecil-Carter | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | Child | N/A | N/A | $8,500,000.00 | |
| 26 | Devonte Carter | Andre | | Carter | | US | Marcia | | Cecil-Carter | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | |
| 27 | | Sunny | | Chiang | | US | Alexander | | Chiang | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | | Spouse | N/A | N/A | $12,500,000.00 | |
| 28 | | Jacqueline | | Beard-Edwards | | US | Michael | | Edwards | | United States | 9/11/2001 | VA | 24cv05520 | 24cv05520, 1 at 2 | | Spouse | N/A | N/A | $12,500,000.00 | |
| 29 | | Howard | | Gelling | Sr. | US | Howard | | Gelling | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | MDL ECF No. 10841 | Parent | N/A | N/A | $8,500,000.00 | |
| 30 | | William | | Gelling | | US | Howard | | Gelling | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | | Sibling | N/A | N/A | $4,250,000.00 | |
| 31 | | Deborah | | Mulford | | US | Howard | | Gelling | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | | Sibling | N/A | N/A | $4,250,000.00 | |
| 32 | | Christine | | O'Reilly | | US | Howard | | Gelling | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | | Spouse | N/A | N/A | $12,500,000.00 | |
| 33 | | Thomas | | Kelly | | US | Maurice | | Kelly | | United States | 9/11/2001 | NY | 23cv07283 | 23cv07283, 15 at 1 | | Child | N/A | N/A | $8,500,000.00 | |
| 34 | | Catalina | | Louie | | US | Chet | | Louie | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | | Child | N/A | N/A | $8,500,000.00 | |
| 35 | | Cassandra | | Louie | | US | Chet | | Louie | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | | Child | N/A | N/A | $8,500,000.00 | |
| 36 | | Ken | Yazawa | Reibman | | US | Chet | | Louie | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | | Child | N/A | N/A | $8,500,000.00 | |
| 37 | | Mary Lou | | Moss | | US | Brian | | Moss | | United States | 9/11/2001 | VA | 24cv05520 | 24cv05520, 1 at 2 | | Spouse | N/A | N/A | $12,500,000.00 | |
| 38 | | Connor | | Moss | | US | Brian | | Moss | | United States | 9/11/2001 | VA | 24cv05520 | 24cv05520, 1 at 2 | | Child | N/A | N/A | $8,500,000.00 | |
| 39 | | Ashten | | Moss | | US | Brian | | Moss | | United States | 9/11/2001 | VA | 24cv05520 | 24cv05520, 1 at 2 | | Child | N/A | N/A | $8,500,000.00 | |
| 40 | | Catherine | | Lyn-Shue | | US | Francisco | | Munoz | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | Spouse | N/A | N/A | $12,500,000.00 | |
| 41 | | Christopher | | Pohlmann | | US | William | H. | Pohlmann | | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | MDL ECF No. 10840 | Child | N/A | N/A | $8,500,000.00 | |
| 42 | | Darren | | Pohlmann | | US | William | H. | Pohlmann | | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | MDL ECF No. 10840 | Child | N/A | N/A | $8,500,000.00 | |
| 43 | | Jayme | | Salinardi | | US | Richard | | Salinardi | Jr. | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5-6 | MDL ECF No. 10840 | Sibling | N/A | N/A | $4,250,000.00 | |
| 44 | | Grace | | Salinardi | | US | Richard | | Salinardi | Jr. | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5-6 | MDL ECF No. 10840 | Parent | N/A | N/A | $8,500,000.00 | |
| 45 | | Jason | | Salinardi | | US | Richard | | Salinardi | Jr. | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5-6 | MDL ECF No. 10840 | Sibling | N/A | N/A | $4,250,000.00 | |
| 46 | Anthony Stewart | Dorothy | | Belcher | | US | Chapelle | | Sarker | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | MDL ECF No. 10865 (granted at 10869) | Parent (Deceased) | N/A | N/A | $8,500,000.00 | |
| 47 | | Anthony | | Stewart | | US | Chapelle | | Sarker | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | Sibling | N/A | N/A | $4,250,000.00 | |
| 48 | | Michael | | Slavin | | US | Vincent | | Slavin | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | Child | N/A | N/A | $8,500,000.00 | |
| 49 | | Mary Jo | | Slavin | | US | Vincent | | Slavin | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | Spouse | N/A | N/A | $12,500,000.00 | |
| 50 | Marcella Bittner | Michael | | Bittner | | US | Jeffrey | | Bittner | | United States | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | MDL ECF No. 10887 | Sibling (Deceased) | N/A | N/A | $4,250,000.00 | |
| 51 | | Deirdre | | Ruddle | | US | David | | Ruddle | | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 3 | MDL ECF No. 10912 | Sibling | N/A | N/A | $4,250,000.00 | |