UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 MDL 1570 (GBD) (SN) |

**This filing relates to:**

*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al.*, 04-cv-01922 (GBD) (SN)
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al.*, 04-cv-01923 (GBD) (SN)
*Estate of John Patrick O'Neill, Sr. et al. v. The Republic of Iraq, et al.*, 04-cv-1076 (GBD) (SN)
*C. I. O'Neill et al. v. Republic of the Sudan, et al.*, 18-cv-12114 (GBD) (SN)
*Aamoth et al. v. Islamic Republic of Iran*, 18-cv-12276 (GBD) (SN)
*Aamoth et al. v. Kingdom of Saudi Arabia*, 18-cv-12270 (GBD) (SN)
*Abel et al. v. Islamic Republic of Iran*, 18-cv-11837 (GBD) (SN)
*Abel et al. v. Kingdom of Saudi Arabia*, 18-cv-11880 (GBD) (SN)
*Ades et al. v. Islamic Republic of Iran*, 18-cv-07306 (GBD) (SN)
*Agyeman et al. v. Islamic Republic of Iran*, 18-cv-05320 (GBD) (SN)
*Bonomo et al. v. Kingdom of Saudi Arabia*, 18-cv-11885 (GBD) (SN)
*Bush et al. v. Kingdom of Saudi Arabia*, 18-cv-11964 (GBD) (SN)
*Cintron-Lugos et al. v. Kingdom of Saudi Arabia*, 18-cv-11888 (GBD) (SN)
*DeConto et al. v. Kingdom of Saudi Arabia*, 18-cv-11904 (GBD) (SN)
*DeRubbio et al. v. Islamic Republic of Iran, et al.*, 18-cv-05306 (GBD) (SN)
*Deuel et al. v. Kingdom of Saudi Arabia*, 18-cv-12272 (GBD) (SN)
*Garger et al. v. Kingdom of Saudi Arabia*, 18-cv-11950 (GBD) (SN)
*Gordenstein et al. v. Kingdom of Saudi Arabia*, 18-cv-11941 (GBD) (SN)
*Harris et al. v. Kingdom of Saudi Arabia*, 18-cv-11946 (GBD) (SN)
*Hemenway et al. v. Islamic Republic of Iran*, 18-cv-12277 (GBD) (SN)
*Jimenez et al. v. Islamic Republic of Iran*, 18-cv-11875 (GBD) (SN)
*Kamardinova et al. v. Islamic Republic of Iran*, 18-cv-05339 (GBD) (SN)
*Kim et al. v. Islamic Republic of Iran*, 18-cv-11870 (GBD) (SN)
*Kincaid et al. v. Kingdom of Saudi Arabia*, 18-cv-12273 (GBD) (SN)
*Lang et al. v. Kingdom of Saudi Arabia*, 18-cv-11926 (GBD) (SN)
*Mercer et al. v. Kingdom of Saudi Arabia*, 18-cv-11965 (GBD) (SN)
*Moody-Theinert et al. v. Islamic Republic of Iran*, 18-cv-11876 (GBD) (SN)
*Morris et al. v. Islamic Republic of Iran, et al.*, 18-cv-05321 (GBD) (SN)
*Murray et al. v. Kingdom of Saudi Arabia*, 18-cv-11966 (GBD) (SN)
*Ortiz et al. v. Kingdom of Saudi Arabia*, 18-cv-12274 (GBD) (SN)
*Perez et al. v. Kingdom of Saudi Arabia*, 18-cv-11967 (GBD) (SN)
*Richards et al. v. Kingdom of Saudi Arabia*, 18-cv-11969 (GBD) (SN)

*Rivelli et al. v. Islamic Republic of Iran*, 18-cv-11878 (GBD) (SN)
*Rooney et al. v. Kingdom of Saudi Arabia*, 18-cv-11970 (GBD) (SN)
*Rowenhorst et al. v. Islamic Republic of Iran*, 18-cv-12387 (GBD) (SN)
*Schlissel et al. v. Islamic Republic of Iran*, 18-cv-05331 (GBD) (SN)
*Spence et al. v. Kingdom of Saudi Arabia*, 18-cv-11971 (GBD) (SN)
*Stackpole et al. v. Kingdom of Saudi Arabia*, 18-cv-12275 (GBD) (SN)
*Zelmanowitz et al. v. Kingdom of Saudi Arabia*, 18-cv-12381 (GBD) (SN)
*BNY Mellon, et al v. Islamic Republic of Iran*, 19-cv-11767 (GBD) (SN)
*Bodner, et al v. Islamic Republic of Iran*, 19-cv-11776 (GBD) (SN)
*Bernaerts, et al v. Islamic Republic of Iran, et al.*, 19-cv-11865 (GBD) (SN)
*Aron et al v. Islamic Republic of Iran*, 20-cv-09376 (GBD) (SN)
*Hargrave et al v. Islamic Republic of Iran*, 20-cv-09387 (GBD) (SN)
*Asaro et al v. Islamic Republic of Iran*, 20-cv-10460 (GBD) (SN)
*Bianco et al. v. Islamic Republic of Iran*, 20-cv-10902 (GBD) (SN)
*Amato et al. v. Islamic Republic of Iran*, 1:21-cv-10239 (GBD) (SN)
*King et al. v. Islamic Republic of Iran*, 1:22-cv-05193 (GBD) (SN)
*Strauss et al. v. Islamic Republic of Iran, et al.*, 1:22-cv-10823 (GBD) (SN)
*Kone et al v. Islamic Republic of Iran, et al.*, 1:23-cv-05790 (GBD) (SN)
*Kelly et al v. Islamic Republic of Iran, et al.*, 1:23-cv-07283 (GBD) (SN)
*Lopez, et al v. Islamic Republic of Iran, et al.,* 1:23-cv-08305 (GBD) (SN*)*
*Fennelly, et al. v. Islamic Republic of Iran, et al.,* 1:23-cv-10824 (GBD) (SN
*Jelnek, et al v. Islamic Republic of Iran, et al.,* 1:24 – cv–05520 (GBD) (SN)
*Lum et al v. Islamic Republic of Iran, et al.,* 1:24-cv-07824 (GBD)(SN*)*
*Salinardi et al v. Islamic Republic of Iran, et al.,* 1:25-cv-05971 (GBD) (SN)

## ENTRY OF APPEARANCE

To the Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matter.

September 11, 2025

                              By:    */s/ Samuel M. Braverman*
                                        Samuel M. Braverman, Esq.
                                        ANDERSON KILL P.C.
                                        7 Times Square, 15th Floor
                                        New York, NY 10036
                                        Telephone: 212-278-1008
                                        Email: sbraverman@andersonkill.com

                                        *Attorney for Plaintiffs*